# EXHIBIT "1"



**This page is part of your document - DO NOT DISCARD**



## 20200185456



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/14/20 AT 09:33AM**

**Pages:**
**0005**

| | |
|---|---|
| FEES: | 51.00 |
| TAXES: | 276.10 |
| OTHER: | 0.00 |
| PAID: | 327.10 |

**PCOR SURCHARGE $20.00**



**LEADSHEET**



202002143330008

00017886382



010522774

**SEQ:**
**06**

DAR - Courier (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E200828

**Exhibit "A"**
**Page 1 of 5**

Recording requested by

ALEX VILLANUEVA, SHERIFF

After recording mail to:
L.A. COUNTY SHERIFF
Court Services Division
Real Estate Section
110 N. Grand Ave. Rm 525
Los Angeles, CA 90012



02/14/2020

*20200185456*

## SHERIFF'S DEED

COVERSHEET DEED

**Exhibit "A"**
**Page 2 of 5**

RECORDING REQUEST BY

**ALEX VILLANUEVA, Sheriff**
**Los Angeles County**

WHEN RECORDED MAIL TO

NAME     L. A. County Sheriff's Department
          Court Services Division
          Real Estate Section Rm 525
MAILING  110 N. Grand Ave.
ADDRESS  Los Angeles, CA 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

Documentary Transfer Tax $276.10     , City Tax $ 0.00    , Property Location WHITTIER, CA
. The consideration or value on which the tax due was computed was
exclusive of the value of a lien or encumbrance remaining on the interest or property conveyed at the time of sale.
Alex Villanueva, Sheriff, Los Angeles County By _Lisa N Lejarro_   ,Deputy

## SHERIFF'S DEED OF SALE OF REAL PROPERTY
### Case No. BC570965 R

I, the undersigned, Sheriff of the County of Los Angeles, State of California, do hereby certify that:
[ X ] Under a Writ of [ X ] EXECUTION [ ] SALE issued on 05/02/19   , out of the SUPERIOR   Court of the
CENTRAL   Judicial District, LOS ANGELES  County, State of California, on a **judgment entered** on 10/19/15
[ ] Judgment renewed_____ on [ ] Under a Warrant for Collection of amount due the State of California
dated: _____, in favor of:

Name) KEVIN MACNAMARA
(Address) C/O TIMOTHY KRANTZ, ESQ.  2082 MICHELSON DRIVE. #212
(City & State) IRVINE, CA 92612                     Judgment Creditor(s)

and against JAIME DE JESUS GONZALEZ TRUSTEE OF THE MANSDORF FAMILY TRUST; JAIME DE JESUS GONZALEZ
(Address) 7822 SALT LAKE AVE                            Judgment Debtor(s)
(City & State) HUNTINGTON PARK, CA 90255
on 02/05/20   , I sold all the right, title and interest of said judgment debtor(s) in the following described property:
Legal Description. SEE ATTACHED LEGAL DESCRIPTION EXHIBIT "A"
Commonly Known As: 15009 LOS LOTES AVENUE, WHITTIER, CA 90605
APN: 8149-013-002

to (** Name & Address of Purchaser) WILLIAM LITTLE, TRUSTEE OF THE RED DEAR TRUST
                        P O BOX 1380
                       LOS ANGELES, CA 90078
for the sum of TWO HUNDRED FIFTY ONE THOUSAND AND NO/100         Dollars ($251,000.00).

Executed on FEBRUARY 12, 2020    , at Los Angeles, California

                            **ALEX VILLANUEVA, SHERIFF**
                            LOS ANGELES COUNTY

                   By _Lisa N Lejarro_ , Deputy

## SHERIFF'S DEED OF SALE OF REAL PROPERTY

SEE ATTACHED
NOTARIAL CERTIFICATE

**Exhibit "A"**
**Page 3 of 5**

## EXHIBIT "A"

THAT PORTION OF LOT 29 IN TRACT NO. 12931, IN THE CITY OF WHITTIER, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 248, PAGES 32 TO 36 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA.

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT; THENCE ALONG THE SOUTHERLY LINE OF SAID LOT, NORTH 79 DEGREES 02 MINUTES EAST 223.72 FEET THENCE NORTH 10 DEGREES 54 MINUTES WEST 142.93 FEET, MORE OR LESS, TO A POINT IN THE NORTHERLY LINE OF SAID LOT; THENCE ALONG SAID NORTHERLY LINE OF SAID LOT; THENCE ALONG SAID NORTHERLY LINE SOUTH 79 DEGREES 06 MINUTES WEST 172.21 FEET TO THE NORTHWESTERLY CORNER OF SAID LOT; THENCE NORTHWESTERLY ALONG THE WESTERLY LINE OF SAID LOT TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF SAID PROPERTY, BUT WITH NO RIGHT OF SURFACE ENTRY, WHERE THEY HAVE BEEN PREVIOUSLY RESERVED IN INSTRUMENTS OF RECORD.

ASSESSOR'S PARCEL NUMBER: 8149-013-002

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __LOS Angeles__

On __02-13-2020__ before me, __Violeta Annette Jendoubi, Notary Public__
   Date                       *Here Insert Name and Title of the Officer*

personally appeared ____Lisa Mojarro____
                              *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

VIOLETA ANNETTE JENDOUBI
Notary Public - California
Los Angeles County
Commission # 2160181
My Comm. Expires Aug 9, 2020

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

──────── **OPTIONAL** ────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Sheriff's Deed of Sale of Real Property__

Document Date: __02-12-2020__                    Number of Pages: __(1)__

Signer(s) Other Than Named Above: ____NO____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
□ Corporate Officer — Title(s): _____
□ Partner — □ Limited □ General
□ Individual        □ Attorney in Fact
□ Trustee           □ Guardian of Conservator
□ Other: _____
Signer is Representing: _____

Signer's Name: _____
□ Corporate Officer — Title(s): _____
□ Partner — □ Limited □ General
□ Individual        □ Attorney in Fact
□ Trustee           □ Guardian of Conservator
□ Other: _____
Signer is Representing: _____

©2017 National Notary Association

**Exhibit "A"**
**Page 5 of 5**

# EXHIBIT "2"

## THREE DAY NOTICE TO QUIT

To: <u>Jaime De Jesus Gonzalez, Aracely Gomez</u>.
To: Any other occupants in possession of 15009 Los Lotes Avenue, Whittier, CA 90605.

You are hereby notified that the above described premises were sold at the Sheriff's Sale to William Little on February 5, 2020 and that title has been perfected in him.

You are further notified that the within 3 (three) days of the service of this notice upon you, you must surrender possession of said premises to the undersigned under penalty of the law. The undersigned hereby declares a forfeiture of any lease or rental agreement (if any).

### Management Agreement and Assignment of Right to Possession

William Little herewith transfers and assigns to William Little and Roberto Sanchez the right to possession of any and all premises owned by William Little (Civil Code Sections 953-954), along with the right to enter into leases and sign any and all notices, including eviction notices in their individual own behalf and not as agents, Roberto Sanchez is hereby authorized to act on behalf of William Little in all unlawful detainer court proceeding, and the right to bring and prosecute future unlawful detainer actions against the occupants of any and all William Little owned properties, and to recover possession and money damages against them.

William Little, by

February 17, 2020

Roberto Sanchez Landlord/Lessor

William Little
1478 W. Martin L. King Jr. Blvd
Los Angeles, Ca 90062
(323) 298-6024 FAX (323) 876-8636
Hours: M-F 8AM-5:00 PM

**Exhibit "D"**
**Page 1 of 3**

(CC§1946):

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

## PROOF OF SERVICE OF NOTICE TO TENANT

On _____2/17/20_____ at _12:06 PM_____, I served the 3 day notice to quit.
Quit herein, and was served in the following matter:

BY POSTING AND MAILING:

I served the NOTICE to the Tenant(s) by **POSTING** a copy of the NOTICE in a conspicuous place (door) on the premises, as no person of suitable age or discretion could be found at the premises, and the business cannot be ascertained. Thereafter, on the same date, I also **MAILED** copies of the **NOTICE** to the tenant(s) by depositing a sealed envelope with First Class postage prepaid, in the United States Mail, addressed to the tenant(s) at the Premises as follows:

**Jaime De Jesus Gonzalez**

**15009 Los Lotes Ave**

**Whittier, Ca 90605**

**Aracely Gomez**

**15009 Los Lotes Ave**

**Whittier, Ca 90605**

I declare under penalty of perjury under the laws of the State of California that at the time of service of the NOTICE I was at least eighteen (18) years of age and that the foregoing is true and correct. If called as a witness to testify thereto, I could do so competently.

Executed on_____2/17/20_____, at Los Angeles California.

Name of person who served the notice: Roberto Sanchez - Landlord/Lessor/Assignee.
1478 W. Martin L. King Jr. Blvd Los Angeles, Ca 90062

_____
Roberto Sanchez

**Exhibit " D "**

**Page 3 of 3**

# EXHIBIT "3"

1

WILLIAM LITTLE
ROBERTO SANCHEZ
6542 Bella Vista Way
P. O. Box 1380
Los Angeles, CA 90078
Telephone:(323) 467-5606
Facsimile:(323) 463-7260

2

3

4

5

Plaintiffs in Propria Persona

6

7

8

9

**SUPERIOR COURT OF CALIFORNIA**

10

**COUNTY OF LOS ANGELES, STATE OF CALIFORNIA**

11

**20NWUD00364**

12

WILLIAM LITTLE

13

ROBERTO SANCHEZ

14

Plaintiff

15

vs.

16

JAIME DE JESUS GONZALEZ

17

ARACELY GOMEZ

18

DOES 1 TO 10, INCLUSIVE

19

Defendants.

20

21

CASE NO. _____

COMPLAINT FOR UNLAWFUL DETAINER
AFTER EXECUTION SALE; ACTION BASED ON
CODE OF CIVIL PROCEDURE SECTION 1161a

Under $10,000
Limited Civil Case

22

23

COMES NOW THE, Plaintiff, WILLIAM LITTLE alleges as follows;

24

1.    Plaintiff resides in the County of Los Angeles, State of California.

25

2.    Defendants are residents of the Whittier Judicial District. Venue is in the Southeast District,

26

Norwalk Courthouse.

27

3.    The true names and capacities, whether individual, corporate, associate, representative or

28

-1-

FILED
Superior Court of California
County of Los Angeles

FEB 21 2020

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Dolores Galvez

otherwise the Defendants named herein as DOES 1 THROUGH 20, inclusive are unknown to Plaintiff therefore sues said Defendants by such fictitious names and Plaintiff will ask leave of Court to amend this Complaint to show the true names and capacities when the same have been ascertained. Plaintiff alleges that each of the defendants designated as a DOE was legal and responsible in some manner for the events herein referred to.

4.    Plaintiff is entitled to possession of real property located at <u>15009 Los Lotes Avenue, Whittier, CA 90605</u> and more particularly described in the Sheriff's Deed incorporated herein as Exhibit "A", hereinafter "the premises" (APN 8149-013-002).

5.    The premises were owned and occupied by defendants Aracely Gomez and Jaime de Jesus Gonzalez, believe to be brother and sister.

6.    Said premises were encumbered by a judgment incorporated as Exhibit B against defendant Jaime de Jesus Gonzalez under which the Sheriff pursuant to a court order (Exhibit C) duly sold said premises, according to law, on 02-05-2020 to William Little. A copy of the Sheriff's Deed recorded on 02/14/20 as Doc 20200185456 is attached and incorporated herein as Exhibit "A". Title has been perfected in plaintiff William Little.

7.    William Little thereafter assigned the right of possession to Plaintiffs. A copy of the Assignment and 3-Day Notice to Quit, is incorporated herein in Exhibit "D".

8.    On February 17, 2020, Plaintiffs caused a 3-day Notice to Quit and surrender possession of the above-described premises to Plaintiffs at the expiration of 3-days after service of said Notice, was served pursuant to law upon defendants. On February 19, 2020, the period stated on the notice expired at the end of day. A copy of said Notice is attached hereto and marked as Exhibit "D", and incorporated herein.

9.    More than <u>3</u> days have elapsed since the service of said Notice, the Defendants have failed to quit possession of said premises, and continue to occupy said premises without Plaintiff's consent. Plaintiff is entitled to possession of said premises, damages, and costs according to proof.

10.    The reasonable daily rental value of the premises is $200 per day. Damages for Unlawful Detainer commenced on the expiration of the Notice to Quit, and will continue to accumulate at the daily rental values set forth above, so long as Defendants remain in possession of the premises.

11.    Plaintiff waives recovery in excess of the limited Court jurisdiction.

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows;

a.    Possession of the premises on each of them.

b.    Costs of this proceeding.

c.    Damages at the daily rate as set forth above, or according to proof.

d.    Such other relief that the court deems proper, including interest.


Executed on 2/20/20 at Los Angeles, California.


_____

WILLIAM LITTLE


_____

ROBERTO SANCHEZ

-3-

## VERIFICATION

I am the Plaintiff and have read this Complaint. I declare under penalty of perjury under the laws of the State of California that this Complaint is true and correct.

Executed on 2/20/20 at Los Angeles, California.

WILLIAM LITTLE

ROBERTO SANCHEZ

-4-

# EXHIBIT "4"

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:

Norwalk Courthouse

12720 Norwalk Blvd., Norwalk, CA 90650

**FILED**
Superior Court of California
County of Los Angeles
**03/09/2021**
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ V. Venegas _____ Deputy

PLAINTIFF(S):

WILLIAM LITTLE  et al

DEFENDANT(S):

JAIME DE JESUS GONZALEZ et al

| NOTICE OF ENTRY OF: ✔ JUDGMENT  __ DISMISSAL __ OTHER ORDER __ AMENDED | CASE NUMBER: 20NWUD00364 |

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD, you are hereby given notice of entry of:

✔ Judgment in the above-entitled matter, entered on 03/09/2021 _____.

__ Order of Dismissal in the above-entitled matter, filed on _____.

__ Order _____ filed on _____.

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 03/09/2021          By V. Venegas _____

Deputy Clerk

**NOTICE OF ENTRY OF JUDGMENT / DISMISSAL / ORDER**

LACIV 123 (Rev 01/07)
LASC Approved 01-05

Code Civ. Proc. § 664.5, 1013a
Cal. Rules of Court, rules 104 & 8.751

# EXHIBIT "5"

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO. 250652 | FOR COURT USE ONLY |
|---|---|---|

NAME: Michael J. Klosk

FIRM NAME:

STREET ADDRESS: 22811B Nadine Circle

CITY: Torrance  STATE CA  ZIP CODE: 90505

TELEPHONE NO.: 310-897-4175  FAX NO.: 310-356-3568

EMAIL ADDRESS: miklosk@srkconsultants.com

ATTORNEY FOR (name): William Little, Roberto Sanchez

[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**NO LOCKOUT PRIOR TO DATE:** 05/04/21

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles

STREET ADDRESS: 12720 Norwalk Avenue

MAILING ADDRESS: SAME

CITY AND ZIP CODE: Norwalk, CA 90605

BRANCH NAME: Norwalk Courthouse

PLAINTIFF/PETITIONER: William Little, Roberto Sanchez

DEFENDANT/RESPONDENT: Jaime De Jesus Gonzalez, Aracely Gomez

CASE NUMBER: 20NWUD00364

| | [ ] EXECUTION (Money Judgment) | | [ ] Limited Civil Case (including Small Claims) |
|---|---|---|---|
| WRIT OF | [X] POSSESSION OF | [ ] Personal Property | [X] Unlimited Civil Case (including Family and Probate) |
| | [ ] SALE | [X] Real Property | |

1. **To the Sheriff or Marshal of the County of:** Los Angeles
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): William Little, Roberto Sanchez
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   Jaime De Jesus Gonzalez
   15009 Los Lotes Avenue
   Whittier, CA 90605

   [X] Additional judgment debtors on next page

5. Judgment entered on (date): 3/9/20 03/09/21 KM
   (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [X] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ 40.00 | 40.00 KM |
| 18. Total amount due (add 15, 16, and 17) | $ | |

*POSSESSION ONLY*

19. Levying officer:
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) ............ $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) ............ $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Sherri R. Carter Executive Officer / Clerk of Court

[SEAL] Date: 04/12/2021  Clerk, by _K. Myles_, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

| Form Approved for Optional Use Judicial Council of California EJ-130 [Rev. September 1, 2020] | **WRIT OF EXECUTION** | Code of Civil Procedure, §§ 699.520, 712.010, 715.010 Government Code, § 6103.5 www.courts.ca.gov |
|---|---|---|

Electronically Received 04/12/2021 01:44 PM

EJ-130

| | |
|---|---|
| Plaintiff/Petitioner: William Little, Roberto Sanchez<br>Defendant/Respondent: Jaime De Jesus Gonzalez, Aracely Gomez | CASE NUMBER:<br>20NWUD00364 |

21. [X] Additional judgment debtor(s) (name, type of legal entity if not a natural person, and last known address):

Aracely Gomez
15009 Los Lotes Avenue
Whittier, CA 90605

22. The judgment is for (check one):

a. [ ] wages owed.
b. [ ] child support or spousal support.
c. [X] other. Possession of Real Property - Unlawful Detainer

23. [ ] Notice of sale has been requested by (name and address):

24. [ ] Joint debtor was declared bound by the judgment (CCP 989-994)
a. on (date):
b. name, type of legal entity if not a natural person, and last known address of joint debtor:

a. on (date):
b. name, type of legal entity if not a natural person, and last known address of joint debtor:

c. [ ] Additional costs against certain joint debtors are itemized: [ ] below [ ] on Attachment 24c.

25. [X] (Writ of Possession or Writ of Sale) Judgment was entered for the following:

a. [X] Possession of real property: The complaint was filed on (date): 2/21/20
(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

(1) [ ] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

(2) [X] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

(3) [ ] The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) (See CCP 415.46 and 1174.3(a)(2).)

(4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the Prejudgment Claim of Right to Possession was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

(a) The daily rental value on the date the complaint was filed was $200.00

(b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates (specify):

Monday - Friday at 8:30 a.m. - Clerk's Office

*Item 25 continued on next page*

EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Page 2 of 3

EJ-130

| | | |
|---|---|---|
| Plaintiff/Petitioner: **William Little, Roberto Sanchez** | CASE NUMBER: | |
| Defendant/Respondent: **Jaime De Jesus Gonzalez, Aracely Gomez** | **20NWUD00364** | |

25. b. ☐ Possession of personal property.

    ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☒ below ☐ on Attachment 25e.

    15009 Los Lotes Avenue
    Whittier, CA 90605

---

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

